UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 12609
    JUDITH ANN LEONARD

                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES


        Debtor
    SSN XXX-XX-7771


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/05/05 and confirmed on 05/27/05.

    2.  The debtor was granted a discharge pursuant to 11 U.S.C. 1328(b).

    3.  The Debtor paid a total of $ 73090.13 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 48023.75 | .00 | 48023.75 |
| GMAC PAYMENT CENTER | SECURED | 16139.18 | 964.99 | 16139.18 |
| SMC | UNSECURED | 2528.27 | .00 | 106.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 561.14 | .00 | 23.74 |
| B FIRST LLC | UNSECURED | 34463.57 | .00 | 1457.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6022.49 | .00 | 254.74 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3693.08 | .00 | 156.20 |
| KOHLS | UNSECURED | 2902.31 | .00 | 122.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 805.19 | .00 | 34.05 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 582.54 | .00 | 24.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1897.52 | .00 | 80.27 |
| ECAST SETTLEMENT CORP | UNSECURED | 482.58 | .00 | 20.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4543.96 | .00 | 192.20 |
| B FIRST LLC | UNSECURED | 5936.16 | .00 | 251.09 |
| SHELL OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 3497.51 | .00 | 147.94 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 549.73 | .00 | 23.25 |
| ALFRED S LEE | CO COUNSEL | .00 | .00 | .00 |

----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

----------------------------------------------------------------------
        Summary of disbursements:
----------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 64162.93 | .00 | 68466.05 | .00 | 132628.98 |
| PRINCIPAL PAID | 64162.93 | .00 | 2896.01 | .00 | 67058.94 |
| INTEREST PAID | 964.99 | .00 | .00 | .00 | 964.99 |

```
TOTAL PAID              65127.92          .00     2896.01          .00     68023.93
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $     500.00   direct and $   2200.00   through the plan.

The Trustee received $   2866.20 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/18/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE  2
           CASE NO. 05 B 12609 JUDITH ANN LEONARD